UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CARMAX BUSINESS SERVICES, LLC and
CARMAX AUTO SUPERSTORES, INC.,

      Plaintiffs,

v.                           Civil Action No. 3:13-cv-00345-HEH

EVOX PRODUCTIONS, LLC,

      Defendant.

_____

EVOX PRODUCTIONS, LLC

      Counterclaimant,

v.

CARMAX AUTO SUPERSTORES, INC.,
CARMAX BUSINESS SERVICES, LLC,
TRANSTOCK, INC., DEAN SIRACUSA,
and DOES 1 through 10, inclusive,

      Counter-Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

THIS DAY CAME the Plaintiffs, CarMax Business Services, LLC and CarMax Auto

Superstores, Inc. (collectively "CarMax"), by counsel, and the Defendant, eVox Productions,

LLC ("eVox"), by counsel, and: (1) represent to the Court that the parties have settled this matter

and that no further controversy exists between the parties, and (2) request that the Court dismiss

CarMax's Complaint and eVox's Counterclaim (as against all above-captioned parties, including

Transtock, Inc. and Dean Siracusa) in this matter with prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), each party to bear its own fees and costs;

RECEIVED
AUG 1 6 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for CarMax and eVox, it be and hereby is

ORDERED, ADJUDGED and DECREED that this matter is DISMISSED WITH PREJUDICE, including CarMax's Complaint and eVox's Counterclaim, each party to bear its own fees and costs.

The Clerk is directed to send attested copies of this Order to counsel of record.

ENTERED this **16** day of August, 2013.

_____/s/_____

Henry E. Hudson
United States District Judge

WE ASK FOR THIS:

David N. Anthony, Esq.
Virginia Bar No. 31696
*Counsel for CarMax Business Services, LLC
and CarMax Auto Superstores, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23218
Tel: (804) 697-5410
Fax: (804) 698-5118
Email: david.anthony@troutmansanders.com

Laurence F. Pulgram (Admitted *pro hac vice*)
*Counsel for CarMax Business Services, LLC
and CarMax Auto Superstores, Inc.*
FENWICK & WEST LLP
555 California St., 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: lpulgram@fenwick.com

Ilana Rubel (Admitted *pro hac vice*)
*Counsel for CarMax Business Services, LLC
and CarMax Auto Superstores, Inc.*
FENWICK & WEST LLP
555 California St., 12th Floor
San Francisco, CA 94104
Telephone: (650) 335-7208
Facsimile: (415) 281-1350
Email: irubel@fenwick.com

SEEN AND AGREED:

Sten A. Jensen
Virginia Bar No. 38197
*Counsel for eVox Productions, LLC*
ORRICK HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th St NW
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
Email: sjensen@orrick.com

James W. Burke
Virginia Bar No. 76551
*Counsel for eVox Productions, LLC*
ORRICK HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th St NW
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
Email: jburke@orrick.com

Kent Brian Goss (Admitted *pro hac vice*)
*Counsel for eVox Productions, LLC*
ORRICK HERRINGTON & SUTCLIFFE LLP
777 S Figueroa St., Suite 3200
Los Angeles, CA 90017
Telephone: (213) 612-2411
Facsimile: (213) 612-2499
Email: kgoss@orrick.com

3